STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
(Erroneously sued as State Farm General Insurance Company)

JOHN T. BELL (SBN 209941)
LAW OFFICES OF JOHN T. BELL
151 Callan Avenue, Suite 102
San Leandro, California 94577
Telephone: 510.895.4044
Facsimile: 510.895.4077

Attorneys for Plaintiff
KEVINESHIA ISLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVINESHIA ISLAND,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:16-cv-05449 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO PARTIALLY REVISE MOTION FOR SUMMARY JUDGMENT DEADLINES** |

Plaintiff Kevineshia Island and State Farm General Insurance Company ("State Farm,") by and through their respective counsel, hereby stipulate to revise the Court's February 10, 2017 Case Management Scheduling Order (Dkt. 15), as follows:

**I.
RECITALS**

1. State Farm's counsel is preparing to move its office to a new location over the

835764 -1-
**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE
MOTION FOR SUMMARY JUDGMENT DEADLINE– CASE NO. 3:16-cv-05449 RS**

weekend of January 13, 2018. Counsel was assured by AT&T that internet service, including email, would be up and running in the new location on or before January 15, 2018. AT&T recently notified counsel that they had encountered potential problems with meeting that deadline.

2. Pursuant to the deadline for hearing dispositive motions in the existing Scheduling Order, State Farm's deadline to file a summary judgment motion is January 18, 2018. Counsel expects to have the summary judgment ready for filing on or before that date. However, with the recent news from AT&T, State Farm's counsel is concerned that email access may not be available for electronic filing. Accordingly, the parties have stipulated to a brief continuance of the hearing deadline to accommodate AT&T's potential need for additional time to restore the firm's internet service.

## II.
## STIPULATION

The parties hereby stipulate, and request approval of the following revisions to the Court's Case Management Order:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Deadline for Hearing Dispositive Motions | February 22, 2018 | March 1, 2018 |
| Non-Expert Discovery Cut-Off | March 8, 2018 | March 15, 2018 |
| Expert Disclosures | March 15, 2018 | March 22, 2018 |
| Rebuttal Expert Disclosures | March 28, 2018 | April 1, 2018 |
| Expert Discovery Cut-Off | April 11, 2018 | No change |
| Pre-Trial Conference | May 24, 2018 | No change |
| Trial Date | June 11, 2018 | No change |

Dated: January 9, 2018         LAW OFFICES OF JOHN T. BELL


By  */S/ John T. Bell*
    JOHN T. BELL
    Attorneys for Plaintiff
    KEVINESHIA C. ISLAND

Dated: January 9, 2018              HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


By      */S/ Stephen P. Ellingson*
        STEPHEN M. HAYES
        STEPHEN P. ELLINGSON
        CHERIE M. SUTHERLAND
        Attorneys for Defendant
        STATE FARM MUTUAL AUTOMOBILE
        INSURANCE COMPANY

## [~~PROPOSED~~] ORDER

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Case Management Order, hereby **GRANTS** the parties request. The new deadlines are as follows:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Deadline for Hearing Dispositive Motions | February 22, 2018 | March 1, 2018 |
| Non-Expert Discovery Cut-Off | March 8, 2018 | March 15, 2018 |
| Expert Disclosures | March 15, 2018 | March 22, 2018 |
| Rebuttal Expert Disclosures | March 28, 2018 | April 1, 2018 |
| Expert Discovery Cut-Off | April 11, 2018 | No change |
| Pre-Trial Conference | May 24, 2018 | No change |
| Trial Date | June 11, 2018 | No change |

**IT IS SO ORDERED**.

Dated:    1/9    , 2018

By    [signature]
    HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE
MOTION FOR SUMMARY JUDGMENT DEADLINE– CASE NO. 3:16-cv-05449 RS**