STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
(Erroneously sued as State Farm General Insurance Company)

JOHN T. BELL (SBN 209941)
LAW OFFICES OF JOHN T. BELL
151 Callan Avenue, Suite 102
San Leandro, California 94577
Telephone: 510.895.4044
Facsimile: 510.895.4077

Attorneys for Plaintiff
KEVINESHIA ISLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVINESHIA ISLAND,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:16-cv-05449 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S JANUARY 9, 2018 SCHEDULING ORDER (DKT. 21)** |

Plaintiff Kevineshia Island and State Farm General Insurance Company ("State Farm,") by and through their respective counsel, hereby stipulate to revise the Court's January 9, 2018 Scheduling Order (Dkt. 21), as follows:

844154
-1-

# I.
# RECITALS

1. State Farm filed its motion for summary judgment, or in the alternative, partial summary judgment ("Motion") on January 25, 2018 (Dkt. 23).

2. Plaintiff filed her opposition to State Farm's Motion on February 7, 2018 (Dkt. 24).

3. State Farm filed its reply brief in support of its Motion on February 15, 2018 (Dkt. 26).

4. Accordingly, the Motion is fully briefed.

5. The hearing on the Motion went forward on March 1, 2018, and the Court took the Motion under submission.

6. The parties recognize the Court's determination of the Motion could either terminate this case or significantly narrow the issues relevant for trial. The parties would like to obtain a ruling on the Motion before incurring all of the costs of discovery and expert discovery, which would not be necessary if State Farm prevails or the issues are narrowed by the Motion.

7. Accordingly, the parties hereby stipulate to revising the Court's Order as follows:

# II.
# STIPULATION

The parties hereby stipulate, and request approval of the following revisions to the Court's Case Management Order:

| Event | Current Deadline | Requested New Deadline |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | March 15, 2018 | April 2, 2018 |
| Expert Disclosures | March 22, 2018 | April 16, 2018 |
| Rebuttal Expert Disclosures | April 1, 2018 | April 23, 2018 |
| Expert Discovery Cut-Off | April 11, 2018 | May 4, 2018 |
| Pre-Trial Conference | May 24, 2018 | No change |
| Trial Date | June 11, 2018 | No change |

844154

-2-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S JANUARY 9, 2018 SCHEDULING ORDER – CASE NO. 3:16-cv-05449 RS**

Dated: March 7, 2018       LAW OFFICES OF JOHN T. BELL


By        /S/  John T. Bell
          JOHN T. BELL
          Attorneys for Plaintiff
          KEVINESHIA C. ISLAND

Dated: March 7, 2018       HAYES SCOTT BONINO ELLINGSON GUSLANI
                           SIMONSON & CLAUSE LLP


By        /S/  Cherie M. Sutherland
          STEPHEN M. HAYES
          STEPHEN P. ELLINGSON
          CHERIE M. SUTHERLAND
          Attorneys for Defendant
          STATE FARM MUTUAL AUTOMOBILE
          INSURANCE COMPANY

## [~~PROPOSED~~] ORDER

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Scheduling Order, hereby **GRANTS** the parties request. The new deadlines are as follows:

| Event | | |
|---|---|---|
| Non-Expert Discovery Cut-Off | March 15, 2018 | April 2, 2018 |
| Expert Disclosures | March 22, 2018 | April 16, 2018 |
| Rebuttal Expert Disclosures | April 1, 2018 | April 23, 2018 |
| Expert Discovery Cut-Off | April 11, 2018 | May 4, 2018 |
| Pre-Trial Conference | May 24, 2018 | No change |
| Trial Date | June 11, 2018 | No change |

**IT IS SO ORDERED**.

Dated:    3/8       , 2018

By _____
   HONORABLE RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

844154                            -3-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S JANUARY 9, 2018
SCHEDULING ORDER – CASE NO. 3:16-cv-05449 RS**